IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES**<br>    Plaintiff, | § § § | |
| **VS.** | § § § | **C.A. NO. 4:14-CR-00151-Y-6** |
| **JOSE RODOLFO VILLARREAL HERNANDEZ**<br>    Defendant. | § § § § | |

## NOTICE OF APPEARANCE

COMES NOW, Defendant, **JOSE RODOLFO VILLARREAL HERNANDEZ,** in the above-styled and numbered cause, and files this Notice of Appearance, and in support thereof would respectfully show the Court as follows:

### I.

Defendant hereby notifies the Court and parties that the following attorney shall appear as attorney of record on behalf of Defendant: Nathan J. Mays, State Bar No. 24003981, Federal No. 32789; of LAW OFFICE OF NATHAN J. MAYS, 2555 N. MacGregor Way, Houston, Texas 77004.

Additionally, the contact information is below and all information regarding this matter should be address to the above attorney, as well.

[signature subsequent in next page]

        Respectfully submitted,

        **LAW OFFICE OF NATHAN J. MAYS**

By:    */s/ Nathan J. Mays*
        Nathan J. Mays
        State Bar No. 24003981
        Fed No. 32780
        2555 North MacGregor
        Houston, Texas 77004
        Telephone: 713.630.0900
        Facsimile: 713.630.0991
        Email: nathanjmays@gmail.com

        **ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served to all known counsel of record in accordance with the Federal Rules of Civil Procedure, on this 28th day of February 2025.

*Via eFiling*
Aisha Saleem-DOJ
**AUSA**
1000 Louisiana, STE 300
Houston, Texas 77002
Aisha.saleem@usdoj.gov

**ATTORNEY FOR DEFENDANT**

        */s/ Nathan J. Mays*
        Nathan J. Mays