UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

## MINUTE ORDER

| | |
|---|---|
| Type hearing: | Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:14-CR-151-Y |
| Defendant: | JOSE RODOLFO VILLARREAL HERNANDEZ (06), Sworn |
| Court Reporter: | Digital |
| Interpreter: | Yovana Gonzalez |
| US Attorney: | Shawn Smith AUSA |
| Defense Attorney: | Nathan Mays |
| Time in Court: | 6 min |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | March 3, 2025 |
| Status: | JOSE RODOLFO VILLARREAL HERNANDEZ (06) enters a plea of not guilty as to counts one and two charged in the four-count fourth superseding indictment. Pre-Trial Conference is set for April 17, 2025, at 3:00 p.m. Jury Trial is set for April 21, 2025, at 1:30 p.m. Defendant waived reading of the indictment. Deft's detention continued. |
| Days in Court: | one |
| Hearing concluded: | Yes |
| Deputy Clerk: | Julie Harwell |
| Other Information: | Rose Romero retained as Local Counsel |