# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:14-CR-00151-Y (06) |
| | § | |
| JOSE RODOLFO | § | |
| VILLARREAL HERNANDEZ (06) | § | |

### Motion for an Order Permitting Defendant
### Jose Rodolfo Villarreal Hernandez to Communicate with his Family in Mexico

COMES NOW the Defendant, Jose Rodolfo Villarreal Hernandez ("Hernandez"), by and through his counsel, Nathan J. Mays and Rose L. Romero, and respectfully moves this Court for an Order permitting the Defendant to make telephone calls to his family members residing in Mexico. In support of this Motion, Defendant Hernandez states as follows:

## Background

Defendant Hernandez is currently in federal custody pending resolution of the charges in this case. His immediate family, including his wife and daughter, resides in Mexico. Since his extradition to the United States on or about February 27, 2025, he has been unable to communicate with them, leading to significant emotional distress and hardship to both Hernandez and his family.

Defendant seeks permission to call his family, specifically his wife and daughter in Mexico, to maintain family relationships, advise his family about his circumstances, and receive news about his family's well-being.

**Argument**

The Bureau of Prisons generally permits inmates to call family members, subject to reasonable security and administrative regulations.  See, CFR § 540.100. There is no legal prohibition against allowing a federal detainee to make telephone calls to family members, provided such communications are monitored and do not interfere with the administration of justice or institutional security.

Therefore, Defendant Hernandez respectfully requests this Court enter an Order permitting Defendant to make telephone calls to his wife and daughter who live in Mexico, subject to the following conditions:

a.  All calls shall be made in accordance with the policies, rules, and regulations of the Bureau of Prisons and the Detention Center at the Fort Worth Federal Medical Center (FMC).

b.  All calls may be monitored and/or recorded by facility staff as deemed appropriate;

c.  Defendant shall bear any costs associated with making international telephone calls, unless otherwise provided by the facility;

d. The privilege may be revoked or limited upon a showing of abuse or violation of facility rules.

**Conclusion**

For the reasons stated, Defendant Villareal-Hernandez respectfully requests that the Court grant this Motion and issue an Order permitting Defendant to make telephone calls to his family in Mexico, and for such other and further relief as the Court deems just and proper.

 Date:  May 12, 2025

Respectfully submitted,

By: */s/ Nathan J. Mays*
    Nathan J. Mays
    State Bar No. 24003981
    Fed No. 32780
    2555 North MacGregor
    Houston, Texas 77004
    Telephone: 713.630.0900
    Facsimile: 713.630.0991
    Email: nathanjmays@gmail.com

By*:  /s/ Rose L. Romero*

    Rose L Romero
    235 N.E. Loop 820, Suite 105
    Hurst, Texas 76053
    Office:  682.267.1351
    Facsimile:  817.887.2288
    Texas Bar No. 17224700

    Counsel for Defendant,
    Jose Rodolfo Villarreal
    Hernandez

## CERTIFICATE OF CONFERENCE

I certify that on May 12, 2025, I conferred with Counsel for the Government, Shawn Smith, regarding this Motion.  Mr. Smith advised that the Government opposes the Motion.

/s/ *Rose L. Romer*
Rose L. Romero

## CERTIFICATE OF SERVICE

I certify that on May 12, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true copy of the foregoing was furnished by CM/ECF to all counsel of record.

*/s/ Rose L. Romero*
Rose L. Romero