IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA     §
                             §
VS.                          §     ACTION NO. 4:14-CR-151-Y
                             §
JOSE R. VILLAREAL HERNANDEZ (6) §

ORDER AMENDING SCHEDULING ORDER

Due to reasons stated separately on the record, the trial of this cause is CONTINUED until **1:30 p.m.** on **Monday, September 21, 2026.** The pretrial conference is CONTINUED until **3:00 p.m.** on **Thursday, September 17.**

It is further ORDERED that the amended scheduling order previously issued in this cause (doc. 597) is hereby MODIFIED as follows:

(1) the deadline for filing pretrial motions is EXTENDED until **July 10, 2026;**

(2) the deadline for filing witness and exhibit lists is EXTENDED until **September 8, 2026;** and

(3) the deadline for exchanging exhibit notebooks is EXTENDED until **September 17, 2026.**

SIGNED March 25, 2026.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

ORDER AMENDING SCHEDULING ORDER - Page Solo
TRM/chr